RICHARD B. MAYER v. ANTONIE P. VOISLAWSKY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DAVID HOFFLIN v. NATHAN LEPOW and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM H. DUVAL and Others v. BLOOM TEXTILE COMPANY, INC.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH DUER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VIOLET RAY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DORA CHRISTENSEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

COSTAS SARANTIDES v. WILLIAMS, BELMONT & COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAM ZWEIFLER v. PUBLIC BANK OF NEW YORK CITY, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN C. SPARKS v. B. BROWN, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FANNIE DAVIS v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RUSSIAN SYMPHONY SOCIETY, INC., v. CARL A. HOLSTEIN.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROY J. POMEROY v. NEW YORK HIPPODROME CORPORATION.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD J. MURRY v. EIGHTH AVENUE RAILROAD COMPANY, etc.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES HAGENAUER v. HENRY POLS, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STEPHEN WISE and Others v. JACOB BLUMENTHAL.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.